**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

**VEOTIS MULDROW
ADC #123054**                                                                                              **PLAINTIFF**

**V.**                                    **NO. 5:08CV000237 SWW-BD**

**ED ADAM,** *et al.*                                                                                      **DEFENDANTS**

## ORDER

The Court has received the Recommended Disposition from Magistrate Judge Beth Deere. After careful review of the Recommended Disposition, the timely objections filed thereto, as well as a *de novo* review of the record, the Court concludes that the Recommended Disposition should be, and hereby is, approved and adopted as this Court's findings in all respects in its entirety.

Accordingly, the Complaint (docket entry #2) is DISMISSED with prejudice. The dismissal will count as a "strike" for purposes of 28 U.S.C. § 1915(g). The Court certifies that an *in forma pauperis* appeal taken from the order and judgment dismissing this action would be frivolous and would not be taken in good faith. Plaintiff's application to proceed in forma pauperis is DENIED (#1) as moot.

IT IS SO ORDERED this 15th day of September, 2008.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE